UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL EATON,
     Plaintiff,

v.                                                                Case No. 5:24cv4-TKW/MJF

ANGEL CANDELARIA, et al.,
     Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the complaint fails to plausible claim for relief and Plaintiff did not replead his claims despite being provided an opportunity to do so.   Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the

case file.

**DONE and ORDERED** this 22nd day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**